# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSIE MARIE MAFFITT,<br><br>Defendant. | Case No. CR-16-31-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, October 31, 2016 is **VACATED and RESET** for **Wednesday, October 26, 2016 at 11:00 a.m.** IT IS ALSO ORDERED that Defendant's Motion to Extended Sentencing Memorandum Deadline (Doc. 49) is **GRANTED**. Josie Marie Maffitt is hereby granted an extension of time until **Monday, October 24, 2016**, in which to file *Sentencing Memorandum* in this matter.

DATED this 20th day of October, 2016.

*[signature: Brian Morris]*

Brian Morris
United States District Court Judge

1